```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

PAT KENNEDY, individually,

      Plaintiff,

v.                               Case No: 2:15-cv-599-FtM-29MRM

PROGENY CORPORATION, a Florida corporation and STONEY'S ENTERPRISES, LLC, a Florida limited liability company,

      Defendants.

_____

**ORDER**

    This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Progeny Corporation (Doc. #5) filed on October 26, 2015. No answer or motion for summary judgment has been filed by defendant Progeny Corporation; therefore a voluntary dismissal is appropriate. As the case was recently filed, the Court will direct the filing of a Second Amended Complaint to drop this defendant from the caption.

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

    Defendant Progeny Corporation is dismissed without prejudice. Plaintiff shall forthwith file a Second Amended Complaint dropping

this defendant from the pleading, and defendant will be terminated on the docket to reflect the dismissal.

**DONE and ORDERED** at Fort Myers, Florida, this ___26th___ day of October, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record